NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 21 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TZU LING HSU, AKA Jenny Hsu; LI HSIU CHU HSU, | No. 17-55573 |
| Plaintiffs-Appellants, | D.C. No. 2:16-cv-00505-AG-KS |
| v. | MEMORANDUM* |
| MTC FINANCIAL, INC., DBA Trustee Corps; et al., | |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Central District of California
Andrew J. Guilford, District Judge, Presiding

Submitted June 12, 2018**

Before: RAWLINSON, CLIFTON, and NGUYEN, Circuit Judges.

Tzu Ling Hsu, AKA Jenny Hsu, and Li Hsiu Chu Hsu appeal from the

district court's judgment dismissing their action alleging federal and state law

claims arising from foreclosure proceedings. We have jurisdiction under 28 U.S.C.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

§ 1291. We review for an abuse of discretion denial of leave to amend. *Jackson v. Bank of Hawaii*, 902 F.2d 1385, 1387 (9th Cir. 1990). We affirm.

The district court did not abuse its discretion by denying plaintiffs' motion for leave to file an amended complaint because the factors did not weigh in favor of granting leave to amend. *See id.* at 1387-88 (setting forth relevant factors for determining whether to grant leave to amend); *see also Allen v. City of Beverly Hills*, 911 F.2d 367, 373 (9th Cir. 1990) ("The district court's discretion to deny leave to amend is particularly broad where plaintiff has previously amended the complaint." (citation and internal quotation marks omitted)).

Defendants' request for judicial notice, set forth in the answering brief, is denied as unnecessary.

**AFFIRMED.**

17-55573